Entered on Docket October 19, 2026

**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**


Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330


IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>Cristina Nicoleta Suciu,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-13201-CMA<br><br>ORDER STRIKING NADLAN GROUP LLC'S AMENDED MOTION TO DISMISS WITH 365 DAY BAR TO REFILING |

This matter came before the Court *sua sponte.* On October 14, 2026, Nadlan Group LLC ("Nadlan") filed an Amended Motion to Dismiss With 365-Day Bar to Refiling (the "Motion") [ECF No. 28]. Pursuant to Local Rule 9013-1(d)(1)(C), opening memoranda for motions (except those seeking summary judgment) shall not exceed 12 pages without prior court approval. In this case, after excluding one half of a page for the caption, Nadlan's opening brief exceeds 13

pages.  The Court finds and concludes that Nadlan's Motion violates the page limit.  Now, therefore, it is hereby,

ORDERED the Motion is STRICKEN.

///END OF ORDER///