**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Cristina Nicoleta Suciu,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-13201<br><br>ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE WHY A PATIENT CARE OMBUDSMAN SHOULD NOT BE APPOINTED |

This matter came before the Court on the Court's Order to Show Cause Why a Patient Care Ombudsman Should Not be Appointed. (ECF No. 15). The Court held a hearing on October 22, 2026, at which it made findings of fact and conclusions of law incorporated by this reference. Specifically, the Court finds that the Debtor is a healthcare business as defined by 11 U.S.C. § 101(27A) and appointment of an ombudsman under 11 U.S.C. § 333(a)(1) is necessary for the protection of patients. Now, therefore, it is hereby,

ORDERED that the United States Trustee is directed to appoint a patient care

ombudsman in this case.

///END OF ORDER///